# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

| | |
|---|---|
| IN RE:  Phillip Brickhouse, Jr.,<br>Gale Brickhouse<br>Debtors. | CASE NO.: 11-70223-SCS<br><br>Chapter 13 |

## AMENDED MOTION TO MODIFY MORTGAGE LOAN

### TO THE HONORABLE JUDGE STEVEN ST. JOHN:

**COME NOW** Phillip and Gale Brickhouse, Debtors, by counsel and moves the Court for authority to modify their mortgage loan, and in support thereof states as follows:

1) Debtors filed there Chapter 13 Bankruptcy proceedings in this Court on January 19, 2011.

2) Debtors filed there Chapter 13 Plan on January 25, 2011, the plan was confirmed on March 16, 2011.

3) Debtors desire to modify their current indebtedness by qualifying for a loan modification on their mortgage, the terms of which are as follows:

    a. Debtor's first mortgage company, Wells Fargo, is offering to capitalize all arrearages and delinquent escrow through May 1, 2013 into the principal of the loan.

    b. The current principal balance, including the above arrearages, of the loan is $214,444.68.

    c. Debtors current mortgage payment is $1,658.76.

    d. The effective date of the loan modification will be May 1, 2013.

    e. The loan will consists of 360 payments and the maturity date of the loan will be May 1, 2043.

    f. The interest rate will be reduced from 5.625% to 3.250% per year and remain in effect until principal and interest are paid in full.

Steve C. Taylor, Esquire
State Bar # 31174
The Law Offices of Steve C. Taylor
133 Mt. Pleasant Road
Chesapeake, VA 23322
Ph (757)482-5705
Fax (757)546-9535

g.     The Debtors principal and interest payments will be $972.49 and estimated total payment $1,335.40 and will be effective May 1, 2013.

h.     Without the loan modification, Debtors will have no feasible way of filing a Chapter 13 Plan which catches up the mortgage arrears.

3)     The legal description of the subject property, located at 833 Shetland Drive, Chesapeake, VA 23322 is as follows:

> ALL THAT certain lot, piece or parcel of land, with the buildings and improvements thereon and the appurtenances thereunto belonging, lying, situate, and being in the City of Chesapeake, Virginia, and being known, numbered and designated as Lot 7, as set forth on that certain plat entitled "Lots 2 thru 27 inclusive, Section Two, North Landing Farms", made by Baldwin and Greg, dated November 12, 1971, and duly of record in the Clerk's Office of the Circuit Court of the City of Chesapeake, Virginia, in Map Book 53, at page 5.
>
> IT BEING the same property conveyed to the parties of the first part by deed of Thomas H. Dameron, et ux, dated August 7, 1986 and duly recorded in the Clerk's Office aforesaid in Deed Book 2209, at page 376.

4)     The Debtors believes that modifying their loan is necessary and proper, that the Debtor is able to repay that loan upon the terms set forth above, and that the purpose for modifying his loan is so that the Debtors will be able to be brought current on their arrearages, will have a lower interest rate, and lower monthly payments.

5)     That Debtors will submit modified schedules I & J within 21 days of the approval of their loan modification and any other amendments as appropriate. The mortgage payment in the current schedule I was, as noted in the filing, based on a temporary trial modification.

6)     Wells Fargo will file the proper pleadings withdraw its proof of claim for prepetition arrearages upon approval of his loan modification.

Steve C. Taylor, Esquire
State Bar # 31174
The Law Offices of Steve C. Taylor
133 Mt. Pleasant Road
Chesapeake, VA 23322
Ph (757)482-5705
Fax (757)546-9535

WHEREFORE, the Debtors respectfully request that their Motion to Modify Loan be granted as requested and for the purposes described above.

RESPECTFULLY SUBMITTED,

BY: _____

Steve C. Taylor
**Counsel for Debtor**

## CERTIFICATE OF MAILING

I certify that on April __10__, 2013, I mailed a copy of the debtor's Motion to Modify Mortgage Loan, to the creditors and parties in interest on the attached Service List in compliance wit Fed.R.Bankr.P.7004. Insured depository institutions have been served via certified mail addressed to the officer named on the attached service list. All other parties have been served via first class mail addressed as shown attached list.

_____
Steve C. Taylor

Steve C. Taylor, Esquire
State Bar # 31174
The Law Offices of Steve C. Taylor
133 Mt. Pleasant Road
Chesapeake, VA 23322
Ph (757)482-5705
Fax (757)546-9535

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

IN RE:        Phillip Brickhouse, Jr.,           **CASE NO.: 11-70223-SCS**
             Gale Brickhouse

                         **Debtor.**           **Chapter 13**

## AMENDED NOTICE OF MOTION TO MODIFY MORTGAGE LOAN

The Debtors have filed papers with Court to Modify their Mortgage.

**Your rights may be affected.  You should read these papers carefully and discuss them with your Attorney, if you have one in their case.  (If you do not have an Attorney, you may wish to consult one.)**
     If you do not want the Court to grant the Relief requested, or if you want the Court to consider your views on the Motion then, on or before ___5|1|13___, you or your Attorney must file with the Court, at the address shown below, a written response pursuant to Local Bankruptcy Rules 4001(a)-1(C) and 9013-1 (H). You must mail your response to the Court for filing.

You must also mail a copy to:

Clerk of Court                               Steve C. Taylor
United States Bankruptcy Court           Law Office of Steve C. Taylor, P.C.
600 Granby Street, Fourth Floor           133 Mount Pleasant Road
Norfolk, VA 23510                          Chesapeake, VA 23322

     If you or your Attorney do not take the above step(s), the Court may decided you do not oppose the relief sought in the motion and may enter an Order granting the Motion without further notice or hearing.

Date:    ___4|10|13___                                      _____
                                                      Steve C. Taylor

Steve C. Taylor, Esquire
State Bar # 31174
The Law Offices of Steve C. Taylor
133 Mt. Pleasant Road
Chesapeake, VA 23322
Ph (757)482-5705
Fax (757)546-9535

# CERTIFICATE OF MAILING

I certify that on April ___10___, 2013, I mailed a copy of the debtor's Motion to Modify Mortgage Loan, to the creditors and parties in interest on the attached Service List in compliance wit Fed.R.Bankr.P.7004. Insured depository institutions have been served via certified mail addressed to the officer named on the attached service list. All other parties have been served via first class mail addressed as shown attached list.

_____
Steve C. Taylor

Steve C. Taylor, Esquire
State Bar # 31174
The Law Offices of Steve C. Taylor
133 Mt. Pleasant Road
Chesapeake, VA 23322
Ph (757)482-5705
Fax (757)546-9535

Absolute Collec. Svc. (notice)
Michael Bendickson, CEO
1820 E. Sahara Ave., Ste. 210
Las Vegas, NV 89104


Absolute Collection Service
421 Fayetteville St, Ste 600
Raleigh, NC 27601


AFNI
P.O. Box 3427
Bloomington, IL 61702


AFNI (notice)
Bruce F. Griffin, CEO
404 Brock Drive
Bloomington, IL 61702-3097


Alliance Asset Management
330 Georgetown Sq, Ste 104
Wood Dale, IL 60191


Alliance Asset Mgmnt. (Notice)
George J. Shapiro, Reg. Agent
1303 Vincent Place
Mc Lean, VA 22101


Amanda Brickhouse
833 Shetland Drive
Chesapeake, VA 23322


American Agencies
P.O. Box 2829
Torrance, CA 90509


American Agencies, LLC
CT Corp. System
4701 Cox Rd., Ste. 301
Glen Allen, VA 23060-6802


Atlantic Financial
P.O. Box 7037
Portsmouth, VA 23707

Atlantic Financial Corp. Reg.
Kenneth E. Smith, 3rd Floor
737 J. Clyde Morris Blvd.
Newport News, VA 23601


Bay Area Credit Service
P.O. Box 468269
Atlanta, GA 31146


Bay Area Credit Services
BOA Ctr, 16th Floor
1111 E. Main St.
Richmond, VA 23219


Billing Solutions
P.O. Box 1136
Glenview, IL 60025


Billing Solutions
Christa Howski, President
410 Central Avenue
Great Falls, MT 59401


CACH, LLC
4340 S. Monaco St.
Second Floor
Denver, CO 80237


CACH, LLC
Michael Hundly, CEO and Pres.
4340, S. Monaco, Second Floor
Denver, CO 80237


Cardiology Cons. Ltd (notice)
Allan G. Donn, Esq./Willcox Sa
440 Monticello lAve., Ste. 220
Norfolk, VA 23510


Cardiology Consultants
205 Business Park Drives
Suite 200
Virginia Beach, VA 23462


Cash Direct Express
750 Shipyard Dr, Ste 280
Wilmington, DE 19801

Cash Direct Express
Vincent Keith Ney
300 Creek view Rd., Ste. 204
Newark, DE 19711


Cash Diret Express
Vincent Keith Ney
300 Creek view Rd., Ste. 204
Newark, DE 19711


Chesapeake Anes. Inc. (notice)
H. Alexander Johnson, Esq.
222 Central Park Ave., # 400
Virginia Beach, VA 23462


Chesapeake Anesthesiologists
P.O. Box 120153
Grand Rapids, MI 49528


Chesapeake Radiologists
Robert J. Berry, Reg. Ag.
150 W. Main St., Ste. 2100
Norfolk, VA 23510


Chesapeake Radiology
P.O. Box 1707
Chesapeake, VA 23327


Chesapeake Region Medical Ctr
736 Battlefield Blvd N
Chesapeake, VA 23320


Chesapeake Regional Med RA
Kaufman & Canoles, P.C.,
501 Independence Pkwy, St. 100
Chesapeake, VA 23320-5173


Chesapeake Regional Med. Ctr.
P.O. Box 2028
Chesapeake, VA 23320


CHKD
601 Children's Lane
Norfolk, VA 23507

CHKD (Health Network) RA
Sherri Mearns Matson
601 Childrens Lane
Norfolk, VA 23507


City of Chesapeake
P.O. Box 16495
Chesapeake, VA 23328


City of Chesapeake (Service)
City Attorney
306 Cedar Road
Chesapeake, VA 23322


Commonwealth Marketing Group
Frederick Ziegler, President
1 Millenium Drive
Uniontown, PA 15401


Commonwealth of Virginia
c/o Atty General
P.O. Box 2156
Richmond, VA 23261-7407


Contel of the South
404 Brock Drive
Bloomington, IL 61702


Credit Control Corp
11821 Rock Landing Drive
Newport News, VA 23606


Credit Control Corp. (notice)
Terry C. Fuller, Reg. Ag.
11821 Rock Landing Dr.
Newport News, VA 23606


Dominion Virginia Power
P.O. Box 26666
Richmond, VA 23261-6666


Dominion Virginia Power RA
CT Corp System
4701 Cox Rd, Ste. 301
Glen Allen, VA 23060-6802

Enhanced Recovery Co, RA
Capital Corporate Services,inc
155 Office Plaza Drive, Ste A
Tallahassee, FL 32301


Enhanced Recovery Corp
8014 Bayberry Road
Jacksonville, FL 32256


Equidata
P.O. Box 6610
Newport News, VA 23606


Equidata (notice)
Bennett Stein, Reg. Ag.
724 Thimble Shoals Blvd, 100
Newport News, VA 23606


Federal Credit Corp
P.O. Box 599
Colleyville, TX 76034


Federal Credit Corp. RA
Gary Williky, Principal
2815 Exchange Blvd., Ste. 100
Southlake, TX 76092


Finance America Corp
P.O. Box 9700
Boulder, CO 80301


Finance America Corp. RA
L. Keith Blackwell, President
700 N. Pearl St., Ste. 2400
Dallas, TX 75201


First Bank of Delaware
1000 Rocky Run Parkway
Wilmington, DE 19803


First Bank of Delaware
Alonzo J. Primus, CEO
1000 Rocky Run Parkway
Wilmington, DE 19803-1455

First Source
7650 Magna Drive
Belleville, IL 62223


First Source RA
Dennis Cardarella, VP
205 Bryant Woods South
Buffalo, NY 14228-3609


Gastroenterology Assoc (notice
Ralph M. Wisniewski, II, R.A.
121 Nationwide Dr., Ste. A
Lynchburg, VA 24502


Gastroenterology Associates
400 Gresham Dr, Ste 303
Norfolk, VA 23507


GE Capital Bank (cert)
Margaret Keane, CEO
6510 Millrock Drive, Ste #200
Salt Lake City, UT 84121


GE Money Bank
P.O. Box 103106
Roswell, GA 30076


Hampton Roads Pathology
736 Battlefield Blvd. N
Chesapeake, VA 23320


Hampton Roads Pathology-RA
Amos H. Chang, MD
3145 Inlet Rd.
Virginia Beach, VA 23454


HSBC
P.O. Box 5253
Carol Stream, IL 60197-9901


HSBC (CERT)
Stuart Gulliver, CEO
One HSBC Center
Buffalo, NY 14203

ICS
125 N. Parleside Drive
Colorado Springs, CO 80909


John Brickhouse
833 Shetland Drive
Chesapeake, VA 23322


JP Morgan Chase & Co. (CERT)
Attn: James Dimon, CEO
270 Park Ave, 38th Flr
New York, NY 10017


Kay Jewelers
375 Ghent Road
Akron, OH 44333


Lab Corp (RA)
Corp. Service Co.
1111 E. Main St., 16th Floor
Richmond, VA 23219


LabCorp
P.O. Box 2240
Burlington, NC 27216-2240


Law Office of Larry Roach
155 Montrose West Ave.
Suite 200
Akron, OH 44321


Lowe's
P.O. Box 103104
Roswell, GA 30076


Lowe's Companies Inc. (notice)
Robert A. Niblock, CEO
1000 Lowe's Blvd.
Mooresville, NC 28117


MedDirect
P.O. Box 88073
Chicago, IL 60680-1073

MedDirect
Kenneth Bloem, CEO
3200 Broadmoor Ave. SE
Grand Rapids, MI 49512


Morgan Recovery Management
10965 Decater Road
Philadelphia, PA 19154


NTelos
P.O. Box 1990
Waynesboro, VA 22980


Ntelos (RA)
Corp. Service Co.
1111 E. Main St., 16th Floor
Richmond, VA 23219


Port Alliance Credit Union
PO Box 12719
Norfolk, VA 23541


Port Alliance FCU (cert)
Bill Owens, CEO
5670 Raby Road
Norfolk, VA 23502


Portfolio Rec. Assoc. (notice)
Judith Sugg Scott, Reg. Ag.
120 Corporate Blvd., Ste. 100
Norfolk, VA 23502


Portfolio Recovery
120 Corporate Blvd., Ste 100
Norfolk, VA 23502


Portfolio Recovery Associates,
P.O. Box 12914
Norfolk, VA 23541


Sam's Club (notice)
Rosaland Brewer, Pres/CEO
2101 SE Simple Savings Dr.
Bentonville, AR 72716-0745

Sam's Club/Discover
P.O.Box 981064
El Paso, TX 79998-1064


Sears
P.O. Box 6283
Sioux Falls, SD 57117-6283


Sears and Co., Inc. (RA)
Robert Sears, Jr., Reg. Agent
101 Court Street, POB 578
Appomattox, VA 24522


Sentara (notice)
Jeffrey P. King, Reg. Ag.
6015 Poplar Hall Dr., Ste. 308
Norfolk, VA 23502


Sentara Health Care
213 Riverwalk Pkwy, Ste 101
Chesapeake, VA 23320


Sleep Disorder Center
3235 Academy Avenue
Portsmouth, VA 23703


Sleep Disorder Center RA
Carroll O'Ferrall
355 Crawford St., Ste. 704
Portsmouth, VA 23704


Sleep Med Therapy Service
60 Chastain Ctr, Blvd, Ste 66
Kennesaw, GA 30144


Sleep Med Therapy Service
David Lewis, CEO
200 Corporate Pl., Ste. 5
Peabody, MA 01960


Sterling Jewelers
Edward Parker, R.A.
5511 Staples Mill Road
Henrico, VA 23228

Sure Advance
901 N. Market St., Ste. 700
Wilmington, DE 19801


Sure Advance RA
Denise McGeever, Director
750 Shipyard Dr., Ste. 213
Wilmington, DE 19801


Tidewater Emer. Medical Care
6353 Center Dr, Ste 101
Norfolk, VA 23502


Tidewater Emergency Med Care
Vonda Chapell, Ste. 100
501 Independence Pkwy
Chesapeake, VA 23320


Tidewater Neurologists
3235 Academy Avenue
Portsmouth, VA 23703


Tidewater Neurologists
Dr. Hemang Shah
3235 Academy Ave., Ste. 305
Portsmouth, VA 23703


Transworld Systems
P.O. Box 12103
Trenton, NJ 08650


Transworld Systems, RA
CT Corp. Svcs.
4701 Cox Rd, Ste. 301
Glen Allen, VA 23060-6802


Twiford Colonial Chapel
929 South Battlefield Blvd.
Chesapeake, VA 23322


Twiford Colonial Chapel
Sam Twiford, Director
929 S. Battlefield Blvd.
Chesapeake, VA 23322

USA Credit
One Millennium Drive
Uniontown, PA 15401


VA Department of Taxation
PO Box 2369
Richmond, VA 23218


Verizon (notice)
CT Corporation System, RA
4701 Cox Rd, Ste 301
Glen Allen, VA 23060-6802


Wachovia Financial Services
P.O. Box 1697
Winterville, NC 28590-1697


Wells Fargo (notice-FDIC)
John G. Stumpf, CEO
420 Montgomery Street
San Francisco, CA 94104


Wells Fargo Auto Finance
P.O. Box 29704
Houston, TX 77074


Wells Fargo Auto Finance
c/o David Kvamme, President
2501 Seaport Dr.
Chester, PA 19013


Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines, IA 50306


Wells Fargo Home Mortgage
Mike Heid, President
1 Home Campus
Des Moines, IA 50328