## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

## CHAPTER 13 PLAN - AMENDED
## AND RELATED MOTIONS

Name of Debtor(s):    **Phillip Ray Brickhouse, Jr.**
**Gale Marie Brickhouse**       Case No:  **11-70223**

This plan, dated    **July 9, 2013**   , is:

      ☐     the *first* Chapter 13 plan filed in this case.

      ■     a modified Plan, which replaces the
           ■confirmed or ☐unconfirmed Plan dated **1/25/2011**.

           Date and Time of <u>Modified Plan</u> Confirming Hearing:
           **September 19, 2013 at 10:00 a.m.**
           Place of <u>Modified Plan</u> Confirmation Hearing:
           **Chief Judge St. John-Ctrm 1, US Bankruptcy Ct., 4th Fl., 600 Granby St., Norfolk, VA  23510**

The Plan provisions modified by this filing are:
**1., 5A., 11.**

Creditors affected by this modification are:
**All.**

**NOTICE: YOUR RIGHTS WILL BE AFFECTED. You should read these papers carefully. If you oppose any provision of this Plan, or if you oppose any included motions to (i) value collateral, (ii) avoid liens, or (iii) assume or reject unexpired leases or executory contracts, you MUST file a timely written objection.**

**This Plan may be confirmed and become binding, <u>and the included motions in paragraphs 3, 6, and 7 to value collateral, avoid liens, and assume or reject unexpired leases or executory contracts may be granted,</u> without further notice or hearing unless a written objection is filed not later than seven (7) days prior to the date set for the confirmation hearing and the objecting party appears at the confirmation hearing.**

The debtor(s)' schedules list assets and liabilities as follows:

     Total Assets: **$271,458.00**
     Total Non-Priority Unsecured Debt: **$43,603.93**
     Total Priority Debt: **$920.92**
     Total Secured Debt: **$257,173.77**

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com           Best Case Bankruptcy

**1.**      **Funding of Plan.**  The debtor(s) propose to pay the trustee the sum of **$650.00 Monthly for 32 months, then $600.00 Monthly for 28 months**.  Other payments to the Trustee are as follows:    **NONE**   .  The total amount to be paid into the plan is $   **37,600.00**   .

**2.**      **Priority Creditors.**  The Trustee shall pay allowed priority claims in full unless the creditor agrees otherwise.

      **A.**      **Administrative Claims under 11 U.S.C. § 1326.**

           1.      The Trustee will be paid the percentage fee fixed under 28 U.S.C. § 586(e), not to exceed 10%, of all sums disbursed except for funds returned to the debtor(s).

           2.      Debtor(s)' attorney will be paid $   **1,930.00**   balance due of the total fee of $   **3,000.00**   concurrently with or prior to the payments to remaining creditors.

      **B.**      **Claims under 11 U.S.C. §507.**
The following priority creditors will be paid by deferred cash payments pro rata with other priority creditors or in monthly installments as below, except that allowed claims pursuant to 11 U.S.C. § 507(a)(1) will be paid prior to other priority creditors but concurrently with administrative claims above:

| Creditor | Type of Priority | Estimated Claim | Payment and Term |
|---|---|---|---|
| **City of Chesapeake** | **Taxes and certain other debts** | **919.92** | **Prorata** |
| | | | **16 months** |
| **City of Chesapeake** | | **267.63** | **Prorata** |
| | | | **0 months** |
| **VA Department of Taxation** | **Taxes and certain other debts** | **1.00** | **Prorata** |
| | | | **16 months** |

**3.**      **Secured Creditors: Motions to Value Collateral ("Cramdown"), Collateral being Surrendered, Adequate Protection Payments, and Payment of certain Secured Claims.**

      **A.**      **Motions to Value Collateral (other than claims protected from "cramdown" by 11 U.S.C. § 1322(b)(2) or by the final paragraph of 11 U.S.C. § 1325(a)). Unless a written objection is timely filed with the Court, the Court may grant the debtor(s)' motion to value collateral as set forth herein.**

This section deals with valuation of certain claims secured by real and/or personal property, other than claims protected from "cramdown" by 11 U.S.C. § 1322(b)(2) [real estate which is debtor(s)' principal residence] or by the final paragraph of 11 U.S.C. § 1325(a) [motor vehicles purchased within 910 days or any other thing of value purchased within 1 year before filing bankruptcy], in which the replacement value is asserted to be less than the amount owing on the debt.  **Such debts will be treated as secured claims only to the extent of the replacement value of the collateral. That value will be paid with interest as provided in sub-section D of this section. You must refer to section 3(D) below to determine the interest rate, monthly payment and estimated term of repayment of any "crammed down" loan. The deficiency balance owed on such a loan will be treated as an unsecured claim to be paid only to the extent provided in section 4 of the Plan.**
The following secured claims are to be "crammed down" to the following values:

| Creditor | Collateral | Purchase Date | Est Debt Bal. | Replacement Value |
|---|---|---|---|---|
| **Atlantic Financial** | **2003 Pontiac Grand Am, 62,000 miles** | **03/25/09** | **4,605.09** | **8,850.00** |
| **GE Money Bank** | **2001 Bayliner 2150 Capri** | **7/01** | **7,408.89** | **6,800.00** |
| **Wells Fargo Auto Finance** | **2004 Ford Expedition, 59,900 miles** | **02/24/07** | **10,873.68** | **15,000.00** |

      **B.**      **Real or Personal Property to be Surrendered.**

Upon confirmation of the Plan, or before, the debtor(s) will surrender his/her/their interest in the collateral securing the claims of the following creditors in satisfaction of the secured portion of such creditors' allowed claims. To the extent that the collateral does not satisfy the claim, any timely filed deficiency claim to which the creditor is entitled may be paid as a non-priority unsecured claim.  Confirmation of the Plan shall terminate the automatic stay as to the interest of the debtor(s) and the estate in the collateral.

| Creditor | Collateral Description | Estimated Value | Estimated Total Claim |
|---|---|---|---|
| **Finance America Corp** | **vacuum cleaner** | **970.00** | **970.00** |

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com     Best Case Bankruptcy

| Creditor | Collateral Description | Estimated Value | Estimated Total Claim |
|---|---|---|---|
| **Port Alliance Credit Union** | **2004 Ford Pickup 72,000 miles 1/2 interest w/ daughter (wife to surrender all interest-liability)** | **11,025.00** | **13,634.00** |

C.    **Adequate Protection Payments.**

The debtor(s) propose to make adequate protection payments required by 11 U.S.C. § 1326(a) or otherwise upon claims secured by personal property, until the commencement of payments provided for in sections 3(D) and/or 6(B) of the Plan, as follows:

| Creditor | Collateral Description | Adeq. Protection Monthly Payment | To Be Paid By |
|---|---|---|---|
| **Atlantic Financial** | **2003 Pontiac Grand Am, 62,000 miles** | **65.00** | **Trustee** |
| **GE Money Bank** | **2001 Bayliner 2150 Capri** | **71.00** | **Trustee** |
| **Wells Fargo Auto Finance** | **2004 Ford Expedition, 59,900 miles** | **118.00** | **Trustee** |
| **Finance America Corp** | **vacuum cleaner** | **25.00** | **Trustee** |

Any adequate protection payment upon an unexpired lease of personal property assumed by the debtor(s) pursuant to section 6(B) of the Plan shall be made by the debtor(s) as required by 11 U.S.C. § 1326(a)(1)(B) (payments coming due after the order for relief).

D.    **Payment of Secured Claims on Property Being Retained (except only those loans provided for in section 5 of the Plan):**

This section deals with payment of debts secured by real and/or personal property [including short term obligations, judgments, tax liens and other secured debts]. After confirmation of the Plan, the Trustee will pay to the holder of each allowed secured claim, which will be either the balance owed on the indebtedness or, where applicable, the collateral's replacement value as specified in sub-section A of this section, **whichever is less**, with interest at the rate provided below, the monthly payment specified below until the amount of the secured claim has been paid in full. **Upon confirmation of the Plan, the valuation and interest rate shown below will be binding unless a timely written objection to confirmation is filed with and sustained by the Court.**

| Creditor | Collateral | Approx. Bal. of Debt or "Crammed Down" Value | Interest Rate | Monthly Paymt & Est. Term** |
|---|---|---|---|---|
| **Atlantic Financial** | **2003 Pontiac Grand Am, 62,000 miles** | **4,605.09** | **5.5%** | **120.79 42 months** |
| **GE Money Bank** | **2001 Bayliner 2150 Capri** | **6,800.00** | **5.5%** | **147.27 52 months** |
| **Wells Fargo Auto Finance** | **2004 Ford Expedition, 59,900 miles** | **10,873.68** | **5.5%** | **235.49 52 months** |

E.    **Other Debts.**

Debts which are (i) mortgage loans secured by real estate which is the debtor(s)' primary residence, or (ii) other long term obligations, whether secured or unsecured, to be continued upon the existing contract terms with any existing default in payments to be cured pursuant to 11 U.S.C. § 1322(b)(5), are provided for in section 5 of the Plan.

4.    **Unsecured Claims.**

A.    **Not separately classified.**  Allowed non-priority unsecured claims shall be paid pro rata from any distribution remaining after disbursement to allowed secured and priority claims. Estimated distribution is approximately **14** %. The dividend percentage may vary depending on actual claims filed. If this case were liquidated under Chapter 7, the debtor(s) estimate that unsecured creditors would receive a dividend of approximately **0** %.

B.    **Separately classified unsecured claims.**

| Creditor | Basis for Classification | Treatment |
|---|---|---|
| **-NONE-** | | |

Page  3 of 36

5.    **Mortgage Loans Secured by Real Property Constituting the Debtor(s)' Primary Residence; Other Long Term Payment Obligations, whether secured or unsecured, to be continued upon existing contract terms; Curing of any existing default under 11 U.S.C. § 1322(b)(5).**

A.    **Debtor(s) to make regular contract payments; arrears, if any, to be paid by Trustee.** The creditors listed below will be paid by the debtor(s) pursuant to the contract without modification, except that arrearages, if any, will be paid by the Trustee either pro rata with other secured claims or on a fixed monthly basis as indicated below, without interest unless an interest rate is designated below for interest to be paid on the arrearage claim and such interest is provided for in the loan agreement.

| Creditor | Collateral | Regular Contract Payment | Estimated Arrearage | Arrearage Interest Rate | Estimated Cure Period | Monthly Arrearage Payment |
|---|---|---|---|---|---|---|
| **Wells Fargo Home Mortgage** | **833 Shetland Drive, Chesapeake VA 23322** | **1,335.40** | **0.00** | **0%** | **0 months** | |

B.    **Trustee to make contract payments and cure arrears, if any.** The Trustee shall pay the creditors listed below the regular contract monthly payments that come due during the period of this Plan, and pre-petition arrearages on such debts shall be cured by the Trustee either pro rata with other secured claims or with monthly payments as set forth below.

| Creditor | Collateral | Regular Contract Payment | Estimated Arrearage | Interest Rate | Term for Arrearage | Monthly Arrearage Payment |
|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | |

C.    **Restructured Mortgage Loans to be paid fully during term of Plan.** Any mortgage loan against real estate constituting the debtor(s)' principal residence upon which the last scheduled contract payment is due before the final payment under the Plan is due shall be paid by the Trustee during the term of the Plan as permitted by 11 U.S.C. § 1322(c)(2) with interest at the rate specified below as follows:

| Creditor | Collateral | Interest Rate | Estimated Claim | Monthly Paymt & Est. Term** |
|---|---|---|---|---|
| **-NONE-** | | | | |

6.    **Unexpired Leases and Executory Contracts.** The debtor(s) move for assumption or rejection of the executory contracts and leases listed below.

A.    **Executory contracts and unexpired leases to be rejected.** The debtor(s) reject the following executory contracts.

| Creditor | Type of Contract |
|---|---|
| **-NONE-** | |

B.    **Executory contracts and unexpired leases to be assumed.** The debtor(s) assume the following executory contracts. The debtor agrees to abide by all terms of the agreement. The Trustee will pay the pre-petition arrearages, if any, through payments made pro rata with other priority claims or on a fixed monthly basis as indicated below.

| Creditor | Type of Contract | Arrearage | Monthly Payment for Arrears | Estimated Cure Period |
|---|---|---|---|---|
| **-NONE-** | | | | |

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

**7.**     **Liens Which Debtor(s) Seek to Avoid.**

    **A.**     **The debtor(s) move to avoid liens pursuant to 11 U.S.C. § 522(f).**  The debtor(s) move to avoid the following judicial liens and non-possessory, non-purchase money liens that impair the debtor(s)' exemptions.  **Unless a written objection is timely filed with the Court, the Court may grant the debtor(s)' motion and cancel the creditor's lien.**  If an objection is filed, the Court will hear evidence and rule on the motion at the confirmation hearing.

| Creditor | Collateral | Exemption Amount | Value of Collateral |
|----------|-----------|------------------|---------------------|
| -NONE- | | | |

    **B.**     **Avoidance of security interests or liens on grounds other than 11 U.S.C. § 522(f).**  The debtor(s) have filed or will file and serve separate pleadings to avoid the following liens or security interests.  The creditor should review the notice or summons accompanying such pleadings as to the requirements for opposing such relief.  The listing here is for information purposes only.

| Creditor | Type of Lien | Description of Collateral | Basis for Avoidance |
|----------|--------------|---------------------------|---------------------|
| -NONE- | | | |

**8.**     **Treatment and Payment of Claims.**

- All creditors must timely file a proof of claim to receive payment from the Trustee.
- If a claim is scheduled as unsecured and the creditor files a claim alleging the claim is secured but does not timely object to confirmation of the Plan, the creditor may be treated as unsecured for purposes of distribution under the Plan.  This paragraph does not limit the right of the creditor to enforce its lien, to the extent not avoided or provided for in this case, after the debtor(s) receive a discharge.
- If a claim is listed in the plan as secured and the creditor files a proof of claim alleging the claim is unsecured, the creditor will be treated as unsecured for purposes of distribution under the Plan.
- The Trustee may adjust the monthly disbursement amount as needed to pay an allowed secured claim in full.

**9.**     **Vesting of Property of the Estate.**  Property of the estate shall revest in the debtor(s) upon confirmation of the Plan.  Notwithstanding such vesting, the debtor(s) may not sell, refinance, encumber real property or enter into a mortgage loan modification without approval of the Court after notice to the Trustee, any creditor who has filed a request for notice and other creditors to the extent required by the Local Rules of this Court.

**10.**     **Incurrence of indebtedness.**  The debtor(s) shall not voluntarily incur additional indebtedness exceeding the cumulative total of $5,000 principal amount during the term of this Plan, either unsecured or secured against personal property, except upon approval of the Court after notice to the Trustee, any creditor who has filed a request for notice, and other creditors to the extent required by the Local Rules of this Court.

**11.**     **Other provisions of this plan:**
**Cost of sale of the real estate is $16,603 ($222,900 X .07 + $1,000.00) and the fee of a Chapter 7 Trustee for the sale would be $14,395 (25% of the first $5,000.00 of the sale price, 10% of the next $45,000.00 of the sale price, 5% of any portion of the sale price between $50,000.00 and $1,000,000.00 of the sale price and 3% of any portion of the sale price over $1,000,000.00.)**

**Total administrative costs if sold in Chapter 7 would be $30,998.**

**Debtors propose to increase the amount paid to unsecured creditors by removing mortgage arrears from the Plan and it is currently projected to be at least 14%. Debtors have amended their expenses to reflect the lower mortgage payment. Debtors have also had changes in income and expenses and those all updated, including increased medical, decreased car insurance, and increased food. Debtors have eliminated emergency fund to absorb some of these costs and show good faith.**

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

**Signatures:**

**Dated:**    **July 9, 2013**

**/s/ Phillip Ray Brickhouse, Jr.**                                          **/s/ Steve C. Taylor**
**Phillip Ray Brickhouse, Jr.**                                               **Steve C. Taylor**
**Debtor**                                                                    **Debtor's Attorney**

**/s/ Gale Marie Brickhouse**
**Gale Marie Brickhouse**
**Joint Debtor**

**Exhibits:**         **Copy of Debtor(s)' Budget (Schedules I and J);**
                     **Matrix of Parties Served with Plan**

Certificate of Service
I certify that on     **July 9, 2013**     , I mailed a copy of the foregoing to the creditors and parties in interest on the attached Service List.

**/s/ Steve C. Taylor**
**Steve C. Taylor**
Signature

**133 Mount Pleasant Road**
**Chesapeake, VA 23322**
Address

**(757) 482-5705**
Telephone No.

Ver. 09/17/09 [effective 12/01/09]

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

# United States Bankruptcy Court
### Eastern District of Virginia

| | | | |
|---|---|---|---|
| In re | **Phillip Ray Brickhouse, Jr.**<br>**Gale Marie Brickhouse** | Case No. | **11-70223** |
| | Debtor(s) | Chapter | **13** |

## SPECIAL NOTICE TO SECURED CREDITOR

To:
**Atlantic Financial**
**P.O. Box 7037**
**Portsmouth, VA 23707**
*Name of creditor*

**2003 Pontiac Grand Am, 62,000 miles**
*Description of collateral*

1.      The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

☒      To value your collateral. *See Section 3 of the plan.* Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

☐      To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. *See Section 7 of the plan.* All or a portion of the amount you are owed will be treated as an unsecured claim.

2.      *You should read the attached plan carefully for the details of how your claim is treated.* The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

| | |
|---|---|
| Date objection due: | **7 days before the confirmation hearing** |
| Date and time of confirmation hearing: | **September 19, 2013 at 10:00 a.m.** |
| Place of confirmation hearing: | **Chief Judge St. John-Ctrm 1, US Bankruptcy Ct., 4th Fl.,**<br>**600 Granby St., Norfolk, VA   23510** |

**Phillip Ray Brickhouse, Jr.**
**Gale Marie Brickhouse**
*Name(s) of debtor(s)*

By:      **/s/ Steve C. Taylor**
**Steve C. Taylor**
*Signature*

☒ Debtor(s)' Attorney
☐ Pro se debtor

**Steve C. Taylor**
*Name of attorney for debtor(s)*
**133 Mount Pleasant Road**
**Chesapeake, VA 23322**
*Address of attorney [or pro se debtor]*

| | |
|---|---|
| Tel. # | **(757) 482-5705** |
| Fax # | **(757) 546-9535** |

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

    ■ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

    ☐ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this    **July 9, 2013**   .

 

                                               **/s/ Steve C. Taylor**
                                               **Steve C. Taylor**
                                               *Signature of attorney for debtor(s)*

 

Ver. 09/17/09 [effective 12/01/09]

# United States Bankruptcy Court
### Eastern District of Virginia

| | | | |
|---|---|---|---|
| In re | **Phillip Ray Brickhouse, Jr.**<br>**Gale Marie Brickhouse** | Case No. | **11-70223** |
| | Debtor(s) | Chapter | **13** |

## SPECIAL NOTICE TO SECURED CREDITOR

To:
**Atlantic Financial Corp. Reg.**
**Kenneth E. Smith, 3rd Floor**
**737 J. Clyde Morris Blvd.**
**Newport News, VA 23601**
*Name of creditor*

*Description of collateral*

1.      The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

■      To value your collateral.  *See Section 3 of the plan.*  Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

☐      To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold.  *See Section 7 of the plan.*  All or a portion of the amount you are owed will be treated as an unsecured claim.

2.      ***You should read the attached plan carefully for the details of how your claim is treated.***  The plan may be confirmed, and the proposed relief granted, underlined(unless) you file and serve a written objection by the date specified underlined(and) appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

| | |
|---|---|
| Date objection due: | **7 days before the confirmation hearing** |
| Date and time of confirmation hearing: | **September 19, 2013 at 10:00 a.m.** |
| Place of confirmation hearing: | **Chief Judge St. John-Ctrm 1, US Bankruptcy Ct., 4th Fl.,**<br>**600 Granby St., Norfolk, VA   23510** |

**Phillip Ray Brickhouse, Jr.**
**Gale Marie Brickhouse**
*Name(s) of debtor(s)*

By:   **/s/ Steve C. Taylor**
**Steve C. Taylor**
*Signature*

■ Debtor(s)' Attorney
☐ Pro se debtor

**Steve C. Taylor**
*Name of attorney for debtor(s)*
**133 Mount Pleasant Road**
**Chesapeake, VA 23322**
*Address of attorney [or pro se debtor]*

Tel. #   **(757) 482-5705**
Fax #   **(757) 546-9535**

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

■ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this   **July 9, 2013**   .


**/s/ Steve C. Taylor**

**Steve C. Taylor**
*Signature of attorney for debtor(s)*


Ver. 09/17/09 [effective 12/01/09]

# United States Bankruptcy Court
### Eastern District of Virginia

| In re | Phillip Ray Brickhouse, Jr.<br>Gale Marie Brickhouse | Case No. | 11-70223 |
|-------|-------|-------|-------|
| | Debtor(s) | Chapter | 13 |

## SPECIAL NOTICE TO SECURED CREDITOR

To:
**City of Chesapeake**
**P.O. Box 16495**
**Chesapeake, VA 23328**
*Name of creditor*

**833 Shetland Drive, Chesapeake VA 23322**
*Description of collateral*

1.    The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

■     To value your collateral.  ***See Section 3 of the plan.***  Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

☐     To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold.  ***See Section 7 of the plan.***  All or a portion of the amount you are owed will be treated as an unsecured claim.

2.    ***You should read the attached plan carefully for the details of how your claim is treated.***  The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

| | |
|---|---|
| Date objection due: | **7 days before the confirmation hearing** |
| Date and time of confirmation hearing: | **September 19, 2013 at 10:00 a.m.** |
| Place of confirmation hearing: | **Chief Judge St. John-Ctrm 1, US Bankruptcy Ct., 4th Fl.,**<br>**600 Granby St., Norfolk, VA   23510** |

**Phillip Ray Brickhouse, Jr.**
**Gale Marie Brickhouse**
*Name(s) of debtor(s)*

By:    **/s/ Steve C. Taylor**
**Steve C. Taylor**
*Signature*

■ Debtor(s)' Attorney
☐ Pro se debtor

**Steve C. Taylor**
*Name of attorney for debtor(s)*
**133 Mount Pleasant Road**
**Chesapeake, VA 23322**
*Address of attorney [or pro se debtor]*

| Tel. # | **(757) 482-5705** |
|---|---|
| Fax # | **(757) 546-9535** |

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

■ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this ___**July 9, 2013**___.

**/s/ Steve C. Taylor**
**Steve C. Taylor**
*Signature of attorney for debtor(s)*

Ver. 09/17/09 [effective 12/01/09]

# United States Bankruptcy Court
## Eastern District of Virginia

| | | | |
|---|---|---|---|
| In re | **Phillip Ray Brickhouse, Jr.**<br>**Gale Marie Brickhouse** | Case No. | **11-70223** |
| | Debtor(s) | Chapter | **13** |

## SPECIAL NOTICE TO SECURED CREDITOR

To:    **City of Chesapeake (Service)**
**City Attorney**
**306 Cedar Road**
**Chesapeake, VA 23322**

*Name of creditor*

*Description of collateral*

1.    The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

■ To value your collateral.  *See Section 3 of the plan.*  Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

☐ To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold.  *See Section 7 of the plan.*  All or a portion of the amount you are owed will be treated as an unsecured claim.

2.    ***You should read the attached plan carefully for the details of how your claim is treated.***  The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

| | |
|---|---|
| Date objection due: | **7 days before the confirmation hearing** |
| Date and time of confirmation hearing: | **September 19, 2013 at 10:00 a.m.** |
| Place of confirmation hearing: | **Chief Judge St. John-Ctrm 1, US Bankruptcy Ct., 4th Fl.,**<br>**600 Granby St., Norfolk, VA   23510** |

**Phillip Ray Brickhouse, Jr.**
**Gale Marie Brickhouse**
*Name(s) of debtor(s)*

By:    **/s/ Steve C. Taylor**
**Steve C. Taylor**
*Signature*

■ Debtor(s)' Attorney
☐ Pro se debtor

**Steve C. Taylor**
*Name of attorney for debtor(s)*
**133 Mount Pleasant Road**
**Chesapeake, VA 23322**
*Address of attorney [or pro se debtor]*

Tel. #    **(757) 482-5705**
Fax #    **(757) 546-9535**

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

■  first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐  certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this    **July 9, 2013**    .

**/s/ Steve C. Taylor**
**Steve C. Taylor**
*Signature of attorney for debtor(s)*

Ver. 09/17/09 [effective 12/01/09]

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
### Eastern District of Virginia

| | |
|---|---|
| In re | **Phillip Ray Brickhouse, Jr.** <br> **Gale Marie Brickhouse** |

Debtor(s)

Case No. **11-70223**

Chapter **13**

## SPECIAL NOTICE TO SECURED CREDITOR

To:
**Finance America Corp**
**P.O. Box 9700**
**Boulder, CO 80301**
*Name of creditor*

**vacuum cleaner**
*Description of collateral*

1.    The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

■    To value your collateral. ***See Section 3 of the plan.*** Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

☐    To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. ***See Section 7 of the plan.*** All or a portion of the amount you are owed will be treated as an unsecured claim.

2.    ***You should read the attached plan carefully for the details of how your claim is treated.*** The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

| | |
|---|---|
| Date objection due: | **7 days before the confirmation hearing** |
| Date and time of confirmation hearing: | **September 19, 2013 at 10:00 a.m.** |
| Place of confirmation hearing: | **Chief Judge St. John-Ctrm 1, US Bankruptcy Ct., 4th Fl.,** <br> **600 Granby St., Norfolk, VA   23510** |

**Phillip Ray Brickhouse, Jr.**
**Gale Marie Brickhouse**
*Name(s) of debtor(s)*

By: **/s/ Steve C. Taylor**
**Steve C. Taylor**
*Signature*

■ Debtor(s)' Attorney
☐ Pro se debtor

**Steve C. Taylor**
*Name of attorney for debtor(s)*
**133 Mount Pleasant Road**
**Chesapeake, VA 23322**
*Address of attorney [or pro se debtor]*

Tel. #   **(757) 482-5705**
Fax #   **(757) 546-9535**

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

■ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

□ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this      **July 9, 2013**      .


**/s/ Steve C. Taylor**

**Steve C. Taylor**
*Signature of attorney for debtor(s)*


Ver. 09/17/09 [effective 12/01/09]

# United States Bankruptcy Court
## Eastern District of Virginia

| In re | **Phillip Ray Brickhouse, Jr.** | Case No. | **11-70223** |
|---|---|---|---|
| | **Gale Marie Brickhouse** | | |
| | Debtor(s) | Chapter | **13** |

## SPECIAL NOTICE TO SECURED CREDITOR

To:
**Finance America Corp. RA**
**L. Keith Blackwell, President**
**700 N. Pearl St., Ste. 2400**
**Dallas, TX 75201**
_Name of creditor_

_Description of collateral_

1.    The attached chapter 13 plan filed by the debtor(s) proposes (_check one_):

☑    To value your collateral.  _See Section 3 of the plan._  Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

☐    To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold.  _See Section 7 of the plan._  All or a portion of the amount you are owed will be treated as an unsecured claim.

2.    _You should read the attached plan carefully for the details of how your claim is treated._  The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

| | |
|---|---|
| Date objection due: | **7 days before the confirmation hearing** |
| Date and time of confirmation hearing: | **September 19, 2013 at 10:00 a.m.** |
| Place of confirmation hearing: | **Chief Judge St. John-Ctrm 1, US Bankruptcy Ct., 4th Fl.,** |
| | **600 Granby St., Norfolk, VA   23510** |

**Phillip Ray Brickhouse, Jr.**
**Gale Marie Brickhouse**
_Name(s) of debtor(s)_

By:    **/s/ Steve C. Taylor**
**Steve C. Taylor**
_Signature_

☑ Debtor(s)' Attorney
☐ Pro se debtor

**Steve C. Taylor**
_Name of attorney for debtor(s)_
**133 Mount Pleasant Road**
**Chesapeake, VA 23322**
_Address of attorney [or pro se debtor]_

Tel. #    **(757) 482-5705**
Fax #    **(757) 546-9535**

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

■  first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐  certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this    __**July 9, 2013**__   .


**/s/ Steve C. Taylor**
_____
**Steve C. Taylor**
*Signature of attorney for debtor(s)*


Ver. 09/17/09 [effective 12/01/09]

# United States Bankruptcy Court
## Eastern District of Virginia

| | |
|---|---|
| In re | **Phillip Ray Brickhouse, Jr.**<br>**Gale Marie Brickhouse** |

Debtor(s)

Case No. **11-70223**

Chapter **13**

## SPECIAL NOTICE TO SECURED CREDITOR

To:
**GE Capital Bank (cert)**
**Margaret Keane, CEO**
**6510 Millrock Drive, Ste #200**
**Salt Lake City, UT 84121**

*Name of creditor*

*Description of collateral*

1.      The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

■      To value your collateral. *See Section 3 of the plan.* Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

☐      To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. *See Section 7 of the plan.* All or a portion of the amount you are owed will be treated as an unsecured claim.

2.      *You should read the attached plan carefully for the details of how your claim is treated.* The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

| | |
|---|---|
| Date objection due: | **7 days before the confirmation hearing** |
| Date and time of confirmation hearing: | **September 19, 2013 at 10:00 a.m.** |
| Place of confirmation hearing: | **Chief Judge St. John-Ctrm 1, US Bankruptcy Ct., 4th Fl.,**<br>**600 Granby St., Norfolk, VA   23510** |

**Phillip Ray Brickhouse, Jr.**
**Gale Marie Brickhouse**
*Name(s) of debtor(s)*

By:   **/s/ Steve C. Taylor**
**Steve C. Taylor**
*Signature*

■ Debtor(s)' Attorney
☐ Pro se debtor

**Steve C. Taylor**
*Name of attorney for debtor(s)*
**133 Mount Pleasant Road**
**Chesapeake, VA 23322**
*Address of attorney [or pro se debtor]*

Tel. #   **(757) 482-5705**
Fax #   **(757) 546-9535**

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

■  first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

□  certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this   __**July 9, 2013**__  .

**/s/ Steve C. Taylor**

**Steve C. Taylor**
*Signature of attorney for debtor(s)*

Ver. 09/17/09 [effective 12/01/09]

# United States Bankruptcy Court
## Eastern District of Virginia

| | | | |
|---|---|---|---|
| In re | **Phillip Ray Brickhouse, Jr.**<br>**Gale Marie Brickhouse** | Case No. | **11-70223** |
| | Debtor(s) | Chapter | **13** |

## SPECIAL NOTICE TO SECURED CREDITOR

To:  **GE Money Bank**
**P.O. Box 103106**
**Roswell, GA 30076**
*Name of creditor*

**2001 Bayliner 2150 Capri**
*Description of collateral*

1.     The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

■     To value your collateral. ***See Section 3 of the plan.*** Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

☐     To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. ***See Section 7 of the plan.*** All or a portion of the amount you are owed will be treated as an unsecured claim.

2.     ***You should read the attached plan carefully for the details of how your claim is treated.*** The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

| | |
|---|---|
| Date objection due: | **7 days before the confirmation hearing** |
| Date and time of confirmation hearing: | **September 19, 2013 at 10:00 a.m.** |
| Place of confirmation hearing: | **Chief Judge St. John-Ctrm 1, US Bankruptcy Ct., 4th Fl.,**<br>**600 Granby St., Norfolk, VA   23510** |

**Phillip Ray Brickhouse, Jr.**
**Gale Marie Brickhouse**
*Name(s) of debtor(s)*

By:  **/s/ Steve C. Taylor**
**Steve C. Taylor**
*Signature*

■ Debtor(s)' Attorney
☐ Pro se debtor

**Steve C. Taylor**
*Name of attorney for debtor(s)*
**133 Mount Pleasant Road**
**Chesapeake, VA 23322**
*Address of attorney [or pro se debtor]*

Tel. #  **(757) 482-5705**
Fax #  **(757) 546-9535**

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

    ■ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

    ☐ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this   **July 9, 2013**  .

                                   **/s/ Steve C. Taylor**
                                   **Steve C. Taylor**
                                 *Signature of attorney for debtor(s)*

Ver. 09/17/09 [effective 12/01/09]

# United States Bankruptcy Court
## Eastern District of Virginia

| In re | **Phillip Ray Brickhouse, Jr.** | | | |
|---|---|---|---|---|
| | **Gale Marie Brickhouse** | | Case No. | **11-70223** |
| | Debtor(s) | | Chapter | **13** |

## SPECIAL NOTICE TO SECURED CREDITOR

To: **ICS**
**125 N. Parleside Drive**
**Colorado Springs, CO 80909**

*Name of creditor*

_____

*Description of collateral*

1. The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

   ■   To value your collateral. ***See Section 3 of the plan.***  Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

   ☐   To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. ***See Section 7 of the plan.***  All or a portion of the amount you are owed will be treated as an unsecured claim.

2. ***You should read the attached plan carefully for the details of how your claim is treated.***  The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

| | |
|---|---|
| Date objection due: | **7 days before the confirmation hearing** |
| Date and time of confirmation hearing: | **September 19, 2013 at 10:00 a.m.** |
| Place of confirmation hearing: | **Chief Judge St. John-Ctrm 1, US Bankruptcy Ct., 4th Fl., 600 Granby St., Norfolk, VA   23510** |

**Phillip Ray Brickhouse, Jr.**
**Gale Marie Brickhouse**
*Name(s) of debtor(s)*

By:   **/s/ Steve C. Taylor**
**Steve C. Taylor**
*Signature*

■ Debtor(s)' Attorney
☐ Pro se debtor

**Steve C. Taylor**
*Name of attorney for debtor(s)*
**133 Mount Pleasant Road**
**Chesapeake, VA 23322**
*Address of attorney [or pro se debtor]*

Tel. #   **(757) 482-5705**
Fax #   **(757) 546-9535**

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

■ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this    __**July 9, 2013**__ .


**/s/ Steve C. Taylor**
**Steve C. Taylor**
*Signature of attorney for debtor(s)*


Ver. 09/17/09 [effective 12/01/09]

# United States Bankruptcy Court
### Eastern District of Virginia

| In re | **Phillip Ray Brickhouse, Jr.**<br>**Gale Marie Brickhouse** | Case No. | **11-70223** |
|---|---|---|---|
| | Debtor(s) | Chapter | **13** |

## SPECIAL NOTICE TO SECURED CREDITOR

To: **Port Alliance Credit Union**
**PO Box 12719**
**Norfolk, VA 23541**
*Name of creditor*

**2004 Ford Pickup 72,000 miles 1/2 interest w/ daughter (wife to surrender all interest-liability)**
*Description of collateral*

1.  The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

    ■  To value your collateral. *See Section 3 of the plan.* Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

    ☐  To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. *See Section 7 of the plan.* All or a portion of the amount you are owed will be treated as an unsecured claim.

2.  *You should read the attached plan carefully for the details of how your claim is treated.* The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

| | |
|---|---|
| Date objection due: | **7 days before the confirmation hearing** |
| Date and time of confirmation hearing: | **September 19, 2013 at 10:00 a.m.** |
| Place of confirmation hearing: | **Chief Judge St. John-Ctrm 1, US Bankruptcy Ct., 4th Fl.,**<br>**600 Granby St., Norfolk, VA   23510** |

**Phillip Ray Brickhouse, Jr.**
**Gale Marie Brickhouse**
*Name(s) of debtor(s)*

By:  **/s/ Steve C. Taylor**
**Steve C. Taylor**
*Signature*

■ Debtor(s)' Attorney
☐ Pro se debtor

**Steve C. Taylor**
*Name of attorney for debtor(s)*
**133 Mount Pleasant Road**
**Chesapeake, VA 23322**
*Address of attorney [or pro se debtor]*

| Tel. # | **(757) 482-5705** |
|---|---|
| Fax # | **(757) 546-9535** |

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

■ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

□ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this ____**July 9, 2013**____ .

/s/ **Steve C. Taylor**
**Steve C. Taylor**
*Signature of attorney for debtor(s)*

Ver. 09/17/09 [effective 12/01/09]

# United States Bankruptcy Court
### Eastern District of Virginia

| | | | |
|---|---|---|---|
| In re | **Phillip Ray Brickhouse, Jr.** | Case No. | **11-70223** |
| | **Gale Marie Brickhouse** | | |
| | Debtor(s) | Chapter | **13** |

## SPECIAL NOTICE TO SECURED CREDITOR

To:
**Port Alliance FCU (cert)**
**Bill Owens, CEO**
**5670 Raby Road**
**Norfolk, VA 23502**

*Name of creditor*

*Description of collateral*

1.    The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

■    To value your collateral.  *See Section 3 of the plan.*  Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

☐    To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold.  *See Section 7 of the plan.*  All or a portion of the amount you are owed will be treated as an unsecured claim.

2.    *You should read the attached plan carefully for the details of how your claim is treated.*  The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

| | |
|---|---|
| Date objection due: | **7 days before the confirmation hearing** |
| Date and time of confirmation hearing: | **September 19, 2013 at 10:00 a.m.** |
| Place of confirmation hearing: | **Chief Judge St. John-Ctrm 1, US Bankruptcy Ct., 4th Fl.,** |
| | **600 Granby St., Norfolk, VA   23510** |

**Phillip Ray Brickhouse, Jr.**
**Gale Marie Brickhouse**
*Name(s) of debtor(s)*

By:  **/s/ Steve C. Taylor**
**Steve C. Taylor**
*Signature*

■ Debtor(s)' Attorney
☐ Pro se debtor

**Steve C. Taylor**
*Name of attorney for debtor(s)*
**133 Mount Pleasant Road**
**Chesapeake, VA 23322**
*Address of attorney [or pro se debtor]*

Tel. #  **(757) 482-5705**
Fax #  **(757) 546-9535**

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

■ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this    **July 9, 2013**    .

**/s/ Steve C. Taylor**

**Steve C. Taylor**

*Signature of attorney for debtor(s)*

Ver. 09/17/09 [effective 12/01/09]

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Virginia

| | | | |
|---|---|---|---|
| In re | **Phillip Ray Brickhouse, Jr.**<br>**Gale Marie Brickhouse** | Case No. | **11-70223** |
| | Debtor(s) | Chapter | **13** |

## SPECIAL NOTICE TO SECURED CREDITOR

To:
**Wells Fargo Auto Finance**
**P.O. Box 29704**
**Houston, TX 77074**
*Name of creditor*

**2004 Ford Expedition, 59,900 miles**
*Description of collateral*

1.    The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

    ■    To value your collateral. ***See Section 3 of the plan.*** Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

    ☐    To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. ***See Section 7 of the plan.*** All or a portion of the amount you are owed will be treated as an unsecured claim.

2.    ***You should read the attached plan carefully for the details of how your claim is treated.*** The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

| | |
|---|---|
| Date objection due: | **7 days before the confirmation hearing** |
| Date and time of confirmation hearing: | **September 19, 2013 at 10:00 a.m.** |
| Place of confirmation hearing: | **Chief Judge St. John-Ctrm 1, US Bankruptcy Ct., 4th Fl.,**<br>**600 Granby St., Norfolk, VA   23510** |

**Phillip Ray Brickhouse, Jr.**
**Gale Marie Brickhouse**
*Name(s) of debtor(s)*

By:    **/s/ Steve C. Taylor**
    **Steve C. Taylor**
    *Signature*

■ Debtor(s)' Attorney
☐ Pro se debtor

**Steve C. Taylor**
*Name of attorney for debtor(s)*
**133 Mount Pleasant Road**
**Chesapeake, VA 23322**
*Address of attorney [or pro se debtor]*

| | |
|---|---|
| Tel. # | **(757) 482-5705** |
| Fax # | **(757) 546-9535** |

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

■ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this    **July 9, 2013**    .

/s/ Steve C. Taylor

**Steve C. Taylor**
*Signature of attorney for debtor(s)*

Ver. 09/17/09 [effective 12/01/09]

# United States Bankruptcy Court
## Eastern District of Virginia

| | | | | |
|---|---|---|---|---|
| In re | **Phillip Ray Brickhouse, Jr.**<br>**Gale Marie Brickhouse** | | Case No. | **11-70223** |
| | | Debtor(s) | Chapter | **13** |

## SPECIAL NOTICE TO SECURED CREDITOR

To:
**Wells Fargo Auto Finance**
**c/o David Kvamme, President**
**2501 Seaport Dr.**
**Chester, PA 19013**

*Name of creditor*

*Description of collateral*

1. The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

   ■ To value your collateral. *See Section 3 of the plan.* Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

   ☐ To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. *See Section 7 of the plan.* All or a portion of the amount you are owed will be treated as an unsecured claim.

2. *You should read the attached plan carefully for the details of how your claim is treated.* The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

| | |
|---|---|
| Date objection due: | **7 days before the confirmation hearing** |
| Date and time of confirmation hearing: | **September 19, 2013 at 10:00 a.m.** |
| Place of confirmation hearing: | **Chief Judge St. John-Ctrm 1, US Bankruptcy Ct., 4th Fl.,**<br>**600 Granby St., Norfolk, VA   23510** |

**Phillip Ray Brickhouse, Jr.**
**Gale Marie Brickhouse**
*Name(s) of debtor(s)*

By: **/s/ Steve C. Taylor**

**Steve C. Taylor**
*Signature*

■ Debtor(s)' Attorney
☐ Pro se debtor

**Steve C. Taylor**
*Name of attorney for debtor(s)*
**133 Mount Pleasant Road**
**Chesapeake, VA 23322**
*Address of attorney [or pro se debtor]*

Tel. #   **(757) 482-5705**
Fax #   **(757) 546-9535**

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

☑ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this   __**July 9, 2013**__ .

**/s/ Steve C. Taylor**
_____
**Steve C. Taylor**
*Signature of attorney for debtor(s)*

Ver. 09/17/09 [effective 12/01/09]

# United States Bankruptcy Court
## Eastern District of Virginia

| | | | |
|---|---|---|---|
| In re | **Phillip Ray Brickhouse, Jr.**<br>**Gale Marie Brickhouse** | Case No. | **11-70223** |
| | Debtor(s) | Chapter | **13** |

## SPECIAL NOTICE TO SECURED CREDITOR

To:
**Wells Fargo Home Mortgage**
**P.O. Box 10335**
**Des Moines, IA 50306**
*Name of creditor*

**833 Shetland Drive, Chesapeake VA 23322**
*Description of collateral*

1.  The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

    ■  To value your collateral. *See Section 3 of the plan.* Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

    ☐  To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. *See Section 7 of the plan.* All or a portion of the amount you are owed will be treated as an unsecured claim.

2.  *You should read the attached plan carefully for the details of how your claim is treated.* The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

| | |
|---|---|
| Date objection due: | **7 days before the confirmation hearing** |
| Date and time of confirmation hearing: | **September 19, 2013 at 10:00 a.m.** |
| Place of confirmation hearing: | **Chief Judge St. John-Ctrm 1, US Bankruptcy Ct., 4th Fl.,**<br>**600 Granby St., Norfolk, VA   23510** |

**Phillip Ray Brickhouse, Jr.**
**Gale Marie Brickhouse**
*Name(s) of debtor(s)*

By:  **/s/ Steve C. Taylor**
**Steve C. Taylor**
*Signature*

■ Debtor(s)' Attorney
☐ Pro se debtor

**Steve C. Taylor**
*Name of attorney for debtor(s)*
**133 Mount Pleasant Road**
**Chesapeake, VA 23322**
*Address of attorney [or pro se debtor]*

Tel. #  **(757) 482-5705**
Fax #  **(757) 546-9535**

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

■ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this ___**July 9, 2013**___.

/s/ Steve C. Taylor
**Steve C. Taylor**
*Signature of attorney for debtor(s)*

Ver. 09/17/09 [effective 12/01/09]

# United States Bankruptcy Court
## Eastern District of Virginia

| | | | |
|---|---|---|---|
| In re | **Phillip Ray Brickhouse, Jr.** | Case No. | **11-70223** |
| | **Gale Marie Brickhouse** | | |
| | Debtor(s) | Chapter | **13** |

## SPECIAL NOTICE TO SECURED CREDITOR

To:

**Wells Fargo Home Mortgage**
**Mike Heid, President**
**1 Home Campus**
**Des Moines, IA 50328**

*Name of creditor*

*Description of collateral*

1.     The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

■     To value your collateral. *See Section 3 of the plan.* Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

☐     To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. *See Section 7 of the plan.* All or a portion of the amount you are owed will be treated as an unsecured claim.

2.     *You should read the attached plan carefully for the details of how your claim is treated.* The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

| | |
|---|---|
| Date objection due: | **7 days before the confirmation hearing** |
| Date and time of confirmation hearing: | **September 19, 2013 at 10:00 a.m.** |
| Place of confirmation hearing: | **Chief Judge St. John-Ctrm 1, US Bankruptcy Ct., 4th Fl.,** |
| | **600 Granby St., Norfolk, VA   23510** |

**Phillip Ray Brickhouse, Jr.**
**Gale Marie Brickhouse**
*Name(s) of debtor(s)*

By:     **/s/ Steve C. Taylor**

**Steve C. Taylor**
*Signature*

■ Debtor(s)' Attorney
☐ Pro se debtor

**Steve C. Taylor**
*Name of attorney for debtor(s)*
**133 Mount Pleasant Road**
**Chesapeake, VA 23322**
*Address of attorney [or pro se debtor]*

Tel. #   **(757) 482-5705**
Fax #   **(757) 546-9535**

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

■ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this ___**July 9, 2013**___ .


**/s/ Steve C. Taylor**
**Steve C. Taylor**
*Signature of attorney for debtor(s)*


Ver. 09/17/09 [effective 12/01/09]

B6I (Official Form 6I) (12/07)

In re **Phillip Ray Brickhouse, Jr.**
**Gale Marie Brickhouse**                        Case No.   **11-70223**
_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | **LPN, payor specialist** |
| Name of Employer | **Retired** | **Chesapeake Regional Medical Ctr** |
| How long employed | | **1 year** |
| Address of Employer | | **736 Battlefield Blvd N**<br>**Chesapeake, VA 23320** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **0.00** | $ **3,488.53** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **0.00** | $ **3,488.53** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ **0.00** | $ **689.66** |
|    b. Insurance | $ **0.00** | $ **404.47** |
|    c. Union dues | $ **0.00** | $ **0.00** |
|    d. Other (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **0.00** | $ **1,094.13** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **0.00** | $ **2,394.40** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance | | |
| (Specify):   **Social Security** | $ **121.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **2,662.30** | $ **0.00** |
| 13. Other monthly income | | |
| (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **2,783.30** | $ **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **2,783.30** | $ **2,394.40** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **5,177.70** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

**B6I (Official Form 6I) (12/07)**

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**Debtors will not receive a tax refund comparable to past years as wife's mother was being claimed as a dependent and she is now deceased.**

**2010 returns will be the last year that debtors will claim mother as a dependent; however, monies are needed for home repairs (in addition to maintenance/upkeep expense in Sch. J) as follows: leaking roof, hot water heater and washing machine needs replacement, floor is sinking in one of the rooms.**

B6J (Official Form 6J) (12/07)

In re **Phillip Ray Brickhouse, Jr.**
**Gale Marie Brickhouse**                                   Case No.   **11-70223**
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,335.40 |
|   a. Are real estate taxes included?   Yes **X**  No ___ | | |
|   b. Is property insurance included?   Yes **X**  No ___ | | |
| 2. Utilities:  a. Electricity and heating fuel | $ | 312.50 |
|            b. Water and sewer | $ | 60.00 |
|            c. Telephone | $ | 0.00 |
|            d. Other  **See Detailed Expense Attachment** | $ | 428.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 800.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 40.00 |
| 7. Medical and dental expenses | $ | 339.00 |
| 8. Transportation (not including car payments) | $ | 450.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 29.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|         a. Homeowner's or renter's | $ | 0.00 |
|         b. Life | $ | 0.00 |
|         c. Health | $ | 0.00 |
|         d. Auto | $ | 175.00 |
|         e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|    (Specify)  **personal property taxes, tags, inspections** | $ | 50.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|         a. Auto | $ | 0.00 |
|         b. Other | $ | 0.00 |
|         c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **See Detailed Expense Attachment** | $ | 258.54 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 4,577.44 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
    **Daughter and husband; son, wife, daughter all are living with debtors and none are making any contributions to the household and will not until can find jobs.**

| 20. STATEMENT OF MONTHLY NET INCOME | | |
|---|---|---:|
| a.  Average monthly income from Line 15 of Schedule I | $ | 5,177.70 |
| b.  Average monthly expenses from Line 18 above | $ | 4,577.44 |
| c.  Monthly net income (a. minus b.) | $ | 600.26 |

**B6J (Official Form 6J) (12/07)**

In re    **Phillip Ray Brickhouse, Jr.**
       **Gale Marie Brickhouse**                           Case No.    **11-70223**
                                Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| Bundle-phone/cable/internet | $ | 230.00 |
| cell phones | $ | 198.00 |
| **Total Other Utility Expenditures** | $ | 428.00 |

**Other Expenditures:**

| | | |
|---|---|---|
| Personal care | $ | 100.00 |
| Dogs/cat maintenance/care | $ | 154.00 |
| Licence renewal ($109 every 2 years) | $ | 4.54 |
| **Total Other Expenditures** | $ | 258.54 |

Absolute Collec. Svc. (notice)
Michael Bendickson, CEO
1820 E. Sahara Ave., Ste. 210
Las Vegas, NV 89104


Absolute Collection Service
421 Fayetteville St, Ste 600
Raleigh, NC 27601


AFNI
P.O. Box 3427
Bloomington, IL 61702


AFNI (notice)
Bruce F. Griffin, CEO
404 Brock Drive
Bloomington, IL 61702-3097


Afni, Inc.
POB 3247
Bloomington, IL 61702


Alliance Asset Management
330 Georgetown Sq, Ste 104
Wood Dale, IL 60191


Alliance Asset Mgmnt. (Notice)
George J. Shapiro, Reg. Agent
1303 Vincent Place
Mc Lean, VA 22101


Amanda Brickhouse
833 Shetland Drive
Chesapeake, VA 23322


American Agencies
P.O. Box 2829
Torrance, CA 90509


American Agencies, LLC
CT Corp. System
4701 Cox Rd., Ste. 301
Glen Allen, VA 23060-6802

Atlantic Financial
P.O. Box 7037
Portsmouth, VA 23707


Atlantic Financial Corp. Reg.
Kenneth E. Smith, 3rd Floor
737 J. Clyde Morris Blvd.
Newport News, VA 23601


Bay Area Credit Service
P.O. Box 468269
Atlanta, GA 31146


Bay Area Credit Services
BOA Ctr, 16th Floor
1111 E. Main St.
Richmond, VA 23219


Billing Solutions
P.O. Box 1136
Glenview, IL 60025


Billing Solutions
Christa Howski, President
410 Central Avenue
Great Falls, MT 59401


CACH, LLC
4340 S. Monaco St.
Second Floor
Denver, CO 80237


CACH, LLC
Michael Hundly, CEO and Pres.
4340, S. Monaco, Second Floor
Denver, CO 80237


Cardiology Cons. Ltd (notice)
Allan G. Donn, Esq./Willcox Sa
440 Monticello lAve., Ste. 220
Norfolk, VA 23510


Cardiology Consultants
205 Business Park Drives
Suite 200
Virginia Beach, VA 23462

Cash Direct Express
750 Shipyard Dr, Ste 280
Wilmington, DE 19801


Cash Direct Express
Vincent Keith Ney
300 Creek view Rd., Ste. 204
Newark, DE 19711


Cash Diret Express
Vincent Keith Ney
300 Creek view Rd., Ste. 204
Newark, DE 19711


Chesapeake Anes. Inc. (notice)
H. Alexander Johnson, Esq.
222 Central Park Ave., # 400
Virginia Beach, VA 23462


Chesapeake Anesthesiologists
P.O. Box 120153
Grand Rapids, MI 49528


Chesapeake Radiologists
Robert J. Berry, Reg. Ag.
150 W. Main St., Ste. 2100
Norfolk, VA 23510


Chesapeake Radiology
P.O. Box 1707
Chesapeake, VA 23327


Chesapeake Region Medical Ctr
736 Battlefield Blvd N
Chesapeake, VA 23320


Chesapeake Regional Med RA
Kaufman & Canoles, P.C.,
501 Independence Pkwy, St. 100
Chesapeake, VA 23320-5173


Chesapeake Regional Med. Ctr.
P.O. Box 2028
Chesapeake, VA 23320

CHKD
601 Children's Lane
Norfolk, VA 23507


CHKD (Health Network) RA
Sherri Mearns Matson
601 Childrens Lane
Norfolk, VA 23507


City of Chesapeake
P.O. Box 16495
Chesapeake, VA 23328


City of Chesapeake (Service)
City Attorney
306 Cedar Road
Chesapeake, VA 23322


Commonwealth Marketing Group
Frederick Ziegler, President
1 Millenium Drive
Uniontown, PA 15401


Commonwealth of Virginia
c/o Atty General
P.O. Box 2156
Richmond, VA 23261-7407


Contel of the South
404 Brock Drive
Bloomington, IL 61702


Credit Control Corp
11821 Rock Landing Drive
Newport News, VA 23606


Credit Control Corp. (notice)
Terry C. Fuller, Reg. Ag.
11821 Rock Landing Dr.
Newport News, VA 23606


Dominion Virginia Power
P.O. Box 26666
Richmond, VA 23261-6666

Dominion Virginia Power RA
CT Corp System
4701 Cox Rd, Ste. 301
Glen Allen, VA 23060-6802


Enhanced Recovery Co, RA
Capital Corporate Services,inc
155 Office Plaza Drive, Ste A
Tallahassee, FL 32301


Enhanced Recovery Corp
8014 Bayberry Road
Jacksonville, FL 32256


Equidata
P.O. Box 6610
Newport News, VA 23606


Equidata (notice)
Bennett Stein, Reg. Ag.
724 Thimble Shoals Blvd, 100
Newport News, VA 23606


Federal Credit Corp
P.O. Box 599
Colleyville, TX 76034


Federal Credit Corp. RA
Gary Williky, Principal
2815 Exchange Blvd., Ste. 100
Southlake, TX 76092


Finance America Corp
P.O. Box 9700
Boulder, CO 80301


Finance America Corp. RA
L. Keith Blackwell, President
700 N. Pearl St., Ste. 2400
Dallas, TX 75201


First Bank of Delaware
1000 Rocky Run Parkway
Wilmington, DE 19803

First Bank of Delaware
Alonzo J. Primus, CEO
1000 Rocky Run Parkway
Wilmington, DE 19803-1455


First Source
7650 Magna Drive
Belleville, IL 62223


First Source RA
Dennis Cardarella, VP
205 Bryant Woods South
Buffalo, NY 14228-3609


Gastroenterology Assoc (notice
Ralph M. Wisniewski, II, R.A.
121 Nationwide Dr., Ste. A
Lynchburg, VA 24502


Gastroenterology Associates
400 Gresham Dr, Ste 303
Norfolk, VA 23507


GE Capital Bank (cert)
Margaret Keane, CEO
6510 Millrock Drive, Ste #200
Salt Lake City, UT 84121


GE Money Bank
P.O. Box 103106
Roswell, GA 30076


Hampton Roads Pathology
736 Battlefield Blvd. N
Chesapeake, VA 23320


Hampton Roads Pathology-RA
Amos H. Chang, MD
3145 Inlet Rd.
Virginia Beach, VA 23454


HSBC
P.O. Box 5253
Carol Stream, IL 60197-9901

HSBC (CERT)
Stuart Gulliver, CEO
One HSBC Center
Buffalo, NY 14203


ICS
125 N. Parleside Drive
Colorado Springs, CO 80909


Jefferson Capital Systems
POB 7999
Saint Cloud, MN 56302-9617


John Brickhouse
833 Shetland Drive
Chesapeake, VA 23322


JP Morgan Chase & Co. (CERT)
Attn: James Dimon, CEO
270 Park Ave, 38th Flr
New York, NY 10017


Kay Jewelers
375 Ghent Road
Akron, OH 44333


Lab Corp (RA)
Corp. Service Co.
1111 E. Main St., 16th Floor
Richmond, VA 23219


LabCorp
P.O. Box 2240
Burlington, NC 27216-2240


Law Office of Larry Roach
155 Montrose West Ave.
Suite 200
Akron, OH 44321


Lowe's
P.O. Box 103104
Roswell, GA 30076

Lowe's Companies Inc. (notice)
Robert A. Niblock, CEO
1000 Lowe's Blvd.
Mooresville, NC 28117


MedDirect
P.O. Box 88073
Chicago, IL 60680-1073


MedDirect
Kenneth Bloem, CEO
3200 Broadmoor Ave. SE
Grand Rapids, MI 49512


Midland Funding LLC
by American InfoSource LP
POB 4457
Houston, TX 77210-4457


Midland Furnding LLC
GECC Collection
POB 4457
Houston, TX 77210-4457


Morgan Recovery Management
10965 Decater Road
Philadelphia, PA 19154


NTelos
P.O. Box 1990
Waynesboro, VA 22980


Ntelos (RA)
Corp. Service Co.
1111 E. Main St., 16th Floor
Richmond, VA 23219


Port Alliance Credit Union
PO Box 12719
Norfolk, VA 23541


Port Alliance FCU (cert)
Bill Owens, CEO
5670 Raby Road
Norfolk, VA 23502

Portfolio Rec. Assoc. (notice)
Judith Sugg Scott, Reg. Ag.
120 Corporate Blvd., Ste. 100
Norfolk, VA 23502


Portfolio Rec. Assoc., LLC
POB 41067
Norfolk, VA 23541


Portfolio Recovery
120 Corporate Blvd., Ste 100
Norfolk, VA 23502


Portfolio Recovery Associates,
P.O. Box 12914
Norfolk, VA 23541


Sam's Club (notice)
Rosaland Brewer, Pres/CEO
2101 SE Simple Savings Dr.
Bentonville, AR 72716-0745


Sam's Club/Discover
P.O.Box 981064
El Paso, TX 79998-1064


Sears
P.O. Box 6283
Sioux Falls, SD 57117-6283


Sears and Co., Inc. (RA)
Robert Sears, Jr., Reg. Agent
101 Court Street, POB 578
Appomattox, VA 24522


Sentara (notice)
Jeffrey P. King, Reg. Ag.
6015 Poplar Hall Dr., Ste. 308
Norfolk, VA 23502


Sentara Health Care
213 Riverwalk Pkwy, Ste 101
Chesapeake, VA 23320

Sleep Disorder Center
3235 Academy Avenue
Portsmouth, VA 23703


Sleep Disorder Center RA
Carroll O'Ferrall
355 Crawford St., Ste. 704
Portsmouth, VA 23704


Sleep Med Therapy Service
60 Chastain Ctr, Blvd, Ste 66
Kennesaw, GA 30144


Sleep Med Therapy Service
David Lewis, CEO
200 Corporate Pl., Ste. 5
Peabody, MA 01960


Social Security Admin.
5850 LakeHerbert Dr., 1st Fl.
Norfolk, VA 23502


Southeastern Program Svc. Ctr.
1200 Rev. Abraham Woods, Jr. B
Birmingham, AL 35285-0001


Sterling Jewelers
Edward Parker, R.A.
5511 Staples Mill Road
Henrico, VA 23228


Sure Advance
901 N. Market St., Ste. 700
Wilmington, DE 19801


Sure Advance RA
Denise McGeever, Director
750 Shipyard Dr., Ste. 213
Wilmington, DE 19801


Tidewater Emer. Medical Care
6353 Center Dr, Ste 101
Norfolk, VA 23502

Tidewater Emergency Med Care
Vonda Chapell, Ste. 100
501 Independence Pkwy
Chesapeake, VA 23320


Tidewater Neurologists
3235 Academy Avenue
Portsmouth, VA 23703


Tidewater Neurologists
Dr. Hemang Shah
3235 Academy Ave., Ste. 305
Portsmouth, VA 23703


Transworld Systems
P.O. Box 12103
Trenton, NJ 08650


Transworld Systems, RA
CT Corp. Svcs.
4701 Cox Rd, Ste. 301
Glen Allen, VA 23060-6802


Twiford Colonial Chapel
929 South Battlefield Blvd.
Chesapeake, VA 23322


Twiford Colonial Chapel
Sam Twiford, Director
929 S. Battlefield Blvd.
Chesapeake, VA 23322


US Attorney General (notice)
US Dept. of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001


USA Credit
One Millennium Drive
Uniontown, PA 15401


VA Department of Taxation
PO Box 2369
Richmond, VA 23218

Verizon (notice)
CT Corporation System, RA
4701 Cox Rd, Ste 301
Glen Allen, VA 23060-6802


Wachovia Financial Services
P.O. Box 1697
Winterville, NC 28590-1697


Wells Fargo (notice-FDIC)
John G. Stumpf, CEO
420 Montgomery Street
San Francisco, CA 94104


Wells Fargo Auto Finance
P.O. Box 29704
Houston, TX 77074


Wells Fargo Auto Finance
c/o David Kvamme, President
2501 Seaport Dr.
Chester, PA 19013


Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines, IA 50306


Wells Fargo Home Mortgage
Mike Heid, President
1 Home Campus
Des Moines, IA 50328