IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

**In the Matter of:**
Phillip Brickhouse
Gale Brickhouse
Debtors

Case No. 11-70223
Chapter 13

## MOTION TO SUSPEND PLAN PAYMENTS

NOW COME the debtors, by Counsel, and state the following, to wit:

1. That the debtors' filed a Chapter 13 bankruptcy on January 19, 2011.
2. That the debtors' filed an amended Chapter 13 Plan on July 10, 2013 which has not been confirmed.
3. That R. Clinton Stackhouse, Jr. was appointed and serves as the Trustee in this case.
4. That Debtors' are currently in arrears of $84.29 through July 2013.
5. That the debtors' are unable to pay their Chapter 13 plan payments for the months of August, September and October because Husband Debtor passed away July 15, 2013. The debtors will resume the Chapter 13 plan payments in November 2013.
6. Debtor Wife needs the suspension in order to take care of her Husband's final expense and reorganize her finances.
7. That the Debtors must cure the arrears from the three (3) month suspension plus the $84.29 of arrears through July 2013 before the fifty-fifth (55) month of the Chapter 13 Plan.

WHEREFORE, the debtors pray this Honorable Court enter an Order allowing them to suspend the Chapter 13 Plan payments for the months of August, September and October, with payments resuming in November 2013, and that the Debtors will cure the arrearages on or before the fifty-fifth (55) month of the Chapter 13 Plan.

Steve C. Taylor
Law Offices of Steve C. Taylor
Attorney for the debtor(s)
133 Mount Pleasant Road
Chesapeake, Virginia 23322
(757) 482-5705
VSB#: 31174

PHILLIP BRICKHOUSE
GALE BRICKHOUSE

_____
Steve C. Taylor, Esquire,
Counsel for the debtor

### Certificate of Mailing

I hereby certify that on 31st day of July, 2013 the foregoing Motion was mailed to the debtor, all creditors, the Office of the United States Trustee, and the Chapter 13 trustee.

_____

Steve C. Taylor
Law Offices of Steve C. Taylor
Attorney for the debtor(s)
133 Mount Pleasant Road
Chesapeake, Virginia 23322
(757) 482-5705
VSB#: 31174

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## NORFOLK DIVISION

**In the Matter of:**
Phillip Brickhouse                                    Case No. 11-70223
Gale Brickhouse                                       Chapter 13
Debtors

## NOTICE OF MOTION TO SUSPEND PLAN PAYMENTS

The debtors have filed papers with the Court to Suspend Plan Payments.

**Your rights may be affected. You should read these papers carefully and discuss them with your Attorney, if you have one in this case. (If you do not have an Attorney, you may wish to consult one.)**

If you do not want the Court to grant the Motion requested, or if you want the Court to consider your views on the Motion, then on or before ___8/21/13___, you or your Attorney must file with the Court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H).

> Clerk of the Court
> United States Bankruptcy Court
> 600 Granby Street, Fourth Floor
> Norfolk, VA 23510

You must also send a copy of your written response to:

> Steve C. Taylor, Esquire
> Counsel for the Debtors
> Law Offices of Steve C. Taylor, P.C.
> 133 Mount Pleasant Road
> Chesapeake, VA 23322

If you or your Attorney do not take this step, the Court may decide you do not oppose the relief sought in the motion and may enter an Order granting the Motion without further notice or hearing.

Steve C. Taylor
Law Offices of Steve C. Taylor
Attorney for the debtor(s)
133 Mount Pleasant Road
Chesapeake, Virginia 23322
(757) 482-5705
VSB#: 31174

Date: July 31, 2013

_____
Steve C. Taylor, Esquire
Counsel for the Debtors

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this Notice of Motion was mailed by First Class United States mail, postage prepaid, to the Office of the United States Trustee; the Chapter 13 Trustee; and all creditors and parties in interest, on 31st day of July, 2013.

_____
Steve C. Taylor, Esquire

Steve C. Taylor
Law Offices of Steve C. Taylor
Attorney for the debtor(s)
133 Mount Pleasant Road
Chesapeake, Virginia 23322
(757) 482-5705
VSB#: 31174