# United States Bankruptcy Court
### Eastern District of Virginia
Norfolk Division

**In re:**  
Phillip Ray Brickhouse Jr.  
Gale Marie Brickhouse  

**Case Number** 11–70223–SCS  
**Chapter** 13  
**Judge** Stephen C. St. John  

Debtor(s)

**To:** Tommy Andrews, Esquire

## NOTICE OF DEFICIENT FILING

Upon authority of Local Bankruptcy Rule 5005–1, the documents submitted by you

*107* – Motion for Return of Unclaimed Funds filed by Tommy Andrews Jr. of Tommy Andrews, Jr. P.C. on behalf of Gale Marie Brickhouse, Phillip Ray Brickhouse Jr.. Objection(s) due by 11/10/2016. (Attachments: # 1 Proposed Order) (Andrews, Tommy)

contain certain deficiencies as set forth below. Failure to correct the deficiencies, or to request a hearing, within **fourteen (14) days from** the date hereof may result in the pleading or other paper **being stricken from the record or, if a petition or complaint is deficient, the case or adversary proceeding being dismissed.**

### REPRESENTATION AND APPEARANCES:
- \_ the ECF registered participant attorney filing the document does not match the attorney's signature on the document.
- \_ **Requirement of Counsel:** filed on behalf of an entity not a natural person acting on own behalf and not signed by counsel permitted to appear under LBR 2090–1. [See LBR 9010–1]
- \_ **Identification of Attorney:** State Bar number omitted from document/proposed order. [See LBR 5005–1(C)(5) and 9022–1(A)]
- \_ a written application for *pro hac vice* admission must be appended to the motion filed by a member of the Bar of this Court. [See LBR 2090–1(E)(2)(a)]

### REQUIREMENT OF FORM:
- \_ **Legibility:** not in compliance with LBR 5005–1(C)(1)
- \_ **Caption, Official Forms:** [See LBR 5005–1(C)(2)] Every paper must bear the debtor(s) name, the case number and chapter of the case to which it pertains and be in substantial compliance with the current Official Form. *If applicable,* \_ Case name and/or number do not match on paper submitted.
- \_ **Signature Required:** not signed by counsel of record, or individual, if *pro se*.
  - \_ *if corporation,* not signed by counsel. [See LBR 5005–1(C)(4)]
  - \_ *if amendment to petition, lists or \*schedules,* not verified by unsworn declaration with original signature of all debtors and, if required, the original signature of the attorney. [See FRBP 1008]
  - \_ *if document submitted in electronically filed case,* signature not indicated with the party's name and/or attorney's name typed in full on the signature line, e.g. /s/ Jane Doe. [See CM/ECF Policy Statement 8.B., Form of Signature of Attorney User and Non–Attorney User.]
- **X** Document does not appear to be complete. Please review this filing for possible error and relate any amendment/correction to the original document.
- \_ Document does not match the event entry used for docketing. Please review this filing and redocket using the correct event entry <u>or</u> redocket to attach the correct document.
- \_ Document appears to be filed in the wrong case. Please review this filing and docket to the correct case.
- \_ Document does not include a certification whether an Attorney assisted with the preparation of the document. [See LBR 2090–1]
- \_ *Schedules/Amended schedules do not include Form 106Dec – Declaration About an Individual Debtor's Schedules, or Form 106Dec is not signed.

### VOLUNTARY PETITIONS:
- \_ Not accompanied by a properly completed Voluntary Petition and/or required summary of schedules (2–pages), statements, schedules, lists and exhibits in substantial compliance with the Official Forms which are available on the Court's web site at www.vaeb.uscourts.gov.
- \_ More than one entity listed as the debtor *(only husband and wife may file a joint voluntary petition)*.
- \_ Not verified by signature of attorney for debtor(s).
- \_ Not verified by unsworn declaration with signature of all debtors.
- \_ **If corporate debtor:** not accompanied by corporate resolution authorizing filing **and/or** not signed by attorney. [See LBR 1074–1]
- \_ **If Chapter 11:** not accompanied by List of Twenty Largest Unsecured Claims. [See LBR 1007–1]
- \_ **If publicly traded chapter 11:** not accompanied by Exhibit A (attached to petition).
- \_ **If submitted in electronically filed case,** a correct petition not attached at case opening. [See LBR 5005–1(C) and (D)]

Date: October 21, 2016

Clerk, United States Bankruptcy Court

By /s/ Mozelle K. Jones, Deputy Clerk  
Direct Dial Telephone No. 757–222–7518

[defntcvJuly2016.jsp]