# United States Bankruptcy Court
## Eastern District of Virginia
Norfolk Division

**TO:**  
Tommy Andrews, Esquire

**In re:** Phillip Ray Brickhouse Jr.  
Gale Marie Brickhouse  
**Case Number** 11–70223–SCS  
**Chapter** 13

**YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:**

*113* − Corrected Motion for Return of Unclaimed Funds (Related Document(s)111 Motion for Return of Unclaimed Funds filed by American Agencies LLC) filed by Tommy Andrews Jr. of Tommy Andrews, Jr. P.C. on behalf of American Agencies LLC. Objection(s) due by 1/3/2017. (Attachments: # 1 Exhibit(s) Statement of Authority) (Andrews, Tommy)

**REQUIREMENTS OF FORM/PROCESS:**

__  Not accompanied by "Request for Waiver to File by Computer Diskette or Conventionally."* Parties represented by attorneys and governmental units and institutional entities must file via the Internet or complete and file a Request for Waiver in order to file by computer diskette or conventionally. Future noncompliant filings will be forwarded to the Court for determination/appropriate action.

__  Please prepare and submit to the Court an Order Extending Stay, which may be obtained from the Court's web site at www.vaeb.uscourts.gov under Bankruptcy Forms.*

**X**  Notary Public's signature omitted on Affidavit.

**MOTION FOR EXPEDITED HEARING [LBR 9013−1(N)]:**

__  Not accompanied by Certification Regarding Request for Expedited Hearing*.

__

**MOTION FOR RELIEF FROM STAY AND/OR CODEBTOR STAY [LBR 4001(a)(1)]:**

__  Not accompanied by proof of service indicating service of motion upon parties required to be served.

__  Notice as required by LBR 4001(a)−1(C) not clearly stated or conspicuously provided in motion.

__  Caption of codebtor stay does not clearly state the subsection of 11 U.S.C. 1301 under which party is proceeding.

__

**NOTICE OF MOTION OR OBJECTION/NOTICE OF HEARING:**

__  Official Form 420A* − Notice of Motion or Objection. The Notice must be in substantial compliance with the official form and must accompany the Motion or Objection when filed.

__  Official Form 420B* − Notice of Objection to Claim. The Notice must be in substantial compliance with the official form and must accompany the objection when filed.

__  Date, time and/or location omitted or incorrect in Notice of Hearing. Hearing will not appear on the Court docket.

__  Notice of Hearing/Response not properly linked to Motion/Application/Objection

__

*A copy of the above−referenced forms may be obtained from the Court's web site at www.vaeb.uscourts.gov

Date:  December 14, 2016                    CLERK, UNITED STATES BANKRUPTCY COURT

                                            By /s/ Mozelle K. Jones, Deputy Clerk
[igmotionvDec2016.jsp]                      Direct Dial Telephone No. 757−222−7518