# United States Bankruptcy Court
**Eastern District of Virginia**
Norfolk Division
600 Granby St., Room 400
Norfolk, VA 23510

**Case Number**   11−70223−SCS
**Chapter**   13
**Judge**   Stephen C. St. John

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Phillip Ray Brickhouse Jr.  
833 Shetland Drive  
Chesapeake, VA 23322

Gale Marie Brickhouse  
aka Gale Marie Spencer  
833 Shetland Drive  
Chesapeake, VA 23322

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−9573           Joint Debtor: xxx−xx−8790

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor: NA                    Joint Debtor: NA

## NOTICE OF FAILURE TO PROSECUTE

To: Moving or Prevailing Party

   Upon a review of the above referenced case, or adversary proceeding, it appears that the parties may not be diligently prosecuting the following matter:

*113* − Corrected Motion for Return of Unclaimed Funds (Related Document(s)111 Motion for Return of Unclaimed Funds filed by American Agencies LLC) filed by Tommy Andrews Jr. of Tommy Andrews, Jr. P.C. on behalf of American Agencies LLC. Objection(s) due by 1/3/2017. (Attachments: # 1 Exhibit(s) Statement of Authority) (Andrews, Tommy)

   NOTICE IS HEREBY GIVEN that unless there is some disposition made of this matter within fourteen (14) days from the date of this notice, or unless cause is shown, in writing, why no action has been taken, an order will be entered dismissing this matter for failure to prosecute to a conclusion.

Date:  January 4, 2017

William C. Redden , Clerk  
United States Bankruptcy Court

[ntcfailprosvJuly2013.jsp]

By /s/ Mozelle K. Jones  
Deputy Clerk